| CIVIL ACTION COVER SHEET | DOCKET NUMBER 15-293 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

PLAINTIFF(S): Adam Blumenkranz
ADDRESS: 10 Glasswork Ave Apt. 511

COUNTY: Middlesex County

DEFENDANT(S): JetBlue Airways Corporation
Dave Barger
ADDRESS: Boston Logan International Airport
300 Terminal C
East Boston, MA 02128

ATTORNEY:
ADDRESS:
BBO:

**TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)**

CODE NO.: B15
TYPE OF ACTION (specify): Defamation Libel Per Se
TRACK: A
HAS A JURY CLAIM BEEN MADE? ☑ YES ☐ NO
*If "Other" please describe: Invasion of Privacy

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

FILED IN THE OFFICE OF THE CLERK OF COURTS FOR THE COUNTY OF MIDDLESEX
JAN 23 2015
CLERK

A. Documented medical expenses to date:
  1. Total hospital expenses ................................................. $
  2. Total doctor expenses .................................................. $
  3. Total chiropractic expenses ........................................... $
  4. Total physical therapy expenses ..................................... $
  5. Total other expenses (describe below) ............................. $
                                                           Subtotal (A): $

B. Documented lost wages and compensation to date ................ $
C. Documented property damages to dated ............................. $
D. Reasonably anticipated future medical and hospital expenses ... $
E. Reasonably anticipated lost wages ................................... $ 69,000,000
F. Other documented items of damages (describe below) ........... $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Defamation Per Se, Invasion of Privacy

TOTAL (A-F): $ 69,000,000

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

Provide a detailed description of claims(s):
JetBlue committed libel per se by telling The Associated Press, Trentino Ledger, & KTLA-TV I committed a crime, which was false.

TOTAL: $ 69,000,000

Signature of Attorney/Pro Se Plaintiff: X [signature]   Date: 1/23/2015

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X   Date:

COMMONWEALTH OF MASSACHUSETTS

DOCKET NO. **15-293**

Adam Blumenkranz
PLAINTIFF(S) (PRINT NAME CLEARLY)

VS.

JetBlue Airways Corporation
DEFENDANT(S) (PRINT NAME CLEARLY)

FILED IN THE OFFICE OF THE CLERK OF COURTS FOR THE COUNTY OF MIDDLESEX
JAN 23 2015
CLERK

COMPLAINT

## PARTIES

1) Plaintiff(s) reside at 10 Ascworks Ave #511, Cambridge, MA 02141
   Street                                   City or Town
   in the County of Middlesex.

2) Defendant(s) reside at Boston Logan Int'l Airport, 300 Terminal C, E. Boston 02128
   in the County of Middlesex.

## FACTS

3) JetBlue Airways and her crew on flight 510 from Ft. Lauderdale, FL on 1/28/2012 committed DEFAMATION PER SE by telling the Associated Press, The Star Ledger, and KTLA-TV I committed a crime, which was a lie.

JetBlue Airways and her crew on flight 510 from Ft. Lauderdale, FL on 1/28/2012 committed INVASION OF PRIVACY by invading my privacy in the lavatory of flight 510.

DATED: 1/22/2015                SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

                                              _____
                                              Signature of    Plaintiff(s)